1148

No. 12–7617. GRAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7629. WILLIAMS v. UNITED STATES; and
No. 12–7783. ANDERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 490 Fed. Appx. 557.

No. 12–7640. DANIEL v. RAPELJE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–7660. DEER v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 12–7676. MONTGOMERY v. MCQUIGGIN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–7695. LEWIS v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12–7750. HARRIS v. ATCHISON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 12–7755. MCCOY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–7762. PATTERSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–7770. BAKER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–7780. STONE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–7782. RIGGS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7784. AMBROSE ET AL. v. BOOKER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–7787. LOZANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–7790. ESTRADA ROSAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.